**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**DAVID E. KATES,**                                                                 **PLAINTIFF**
**Reg #30428-077**

**V.**                          **CASE NO. 2:17-CV-00042 JLH/BD**

**CARTER, et al.**                                                                **DEFENDANTS**

## <u>ORDER</u>

The Court has received a Partial Recommended Disposition ("Recommendation")
from Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr.
Kates's timely objections, and after a *de novo* review of the record, the Court concludes
that the Recommendation should be, and hereby is, approved and adopted as this Court's
findings in all respects.

Mr. Kates's motion for preliminary injunctive relief (#1) is DENIED.

Mr. Kates's claims against Defendants Carter, Medina, Andrews, and Meyer are
DISMISSED, without prejudice.

IT IS SO ORDERED this 11th day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE