# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**DAVID E. KATES,**                                           **PLAINTIFF**
**Reg #30428-077**

**V.**                    **CASE NO. 2:17-CV-42-JLH-BD**

**CARTER, et al.**                                     **DEFENDANTS**

## <u>ORDER</u>

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants' motion for summary judgment (#22) is GRANTED. Mr. Kates's claims are DISMISSED, without prejudice.

IT IS SO ORDERED, this 5th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE