IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DAVID E. KATES,**  **PLAINTIFF**
Reg #30428-077

V.  CASE NO. 2:17-CV-42-JLH-BD

**CARTER, et al.**  **DEFENDANTS**

## AMENDED JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 5th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE