# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

DAVID E. KATES, Reg. #30428-077                                                    PLAINTIFF

v.                              NO. 2:17CV00042 JLH-BD

CARTER, et al.                                                                     DEFENDANTS

## ORDER

The Court has received a Recommended Disposition filed by Magistrate Judge Beth Deere and the objections filed by David E. Kates. After *de novo*, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

The defendants' motion for summary judgment (Document #22) is GRANTED. The claims of David E. Kates are dismissed without prejudice for failure to exhaust the administrative remedies before commencing this action.

IT IS SO ORDERED this 16th day of April, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE