**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

DAVID E. KATES, Reg. #30428-077                                          PLAINTIFF

v.                                        NO. 2:17CV00042 JLH-BD

CARTER, et al.                                                          DEFENDANTS

## <u>JUDGMENT</u>

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 16th day of April, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE